IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 5:13-cr-41-RLV |
| ) | |
| v. ) | **INFORMATION** |
| ) | **PURSUANT TO** |
| KENNETH HARMON BENNETT ) | **21 U.S.C. 851** |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and files this Information with the Court setting forth the Defendant's previous conviction(s) for one or more felony drug offense(s).

| Charge | Conviction Date (Offense/Arrest Date) | Jurisdiction |
|---|---|---|
| Possession with Intent to Distribute Methamphetamine | 5/1/2007 offense | Richland Parrish, Louisiana |

Respectfully submitted this 29th day of May 2013.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

**/s/ Steven R. Kaufman**
STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY
227 West Trade Street, Suite 1650; Charlotte, NC 28202
(704) 338-3117 (office); (704) 227-0254 (facsimile)
Steven.Kaufman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May 2013, the foregoing was duly served upon the Defendant(s) herein through attorney of record via electronic filing:

Scott Gsell, Esq.

**/s/ Steven R. Kaufman**
STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY