## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>ONE HUNDRED EIGHTY-EIGHT (188) MONTHS</u>.

☒ The Court makes the following recommendations to the Bureau of Prisons:
- Participation in any available substance abuse treatment program and if eligible, receive benefits of 18:3621(e)(2).
- Participation in any available educational and vocational opportunities particularly the GED Program.
- Placed in a facility as close to Jefferson, NC, as possible, consistent with the needs of BOP.
- That defendant be allowed to participate in any available mental health treatment program while incarcerated.
- That defendant's depression and physical ailments noted in the Presentence Report be addressed.

☒ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

    ☐ As notified by the United States Marshal.
    ☐ At _ on _.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ As notified by the United States Marshal.
    ☐ Before 2 p.m. on _.
    ☐ As notified by the Probation Office.

## RETURN

FILED
CHARLOTTE, NC

APR 01 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

I have executed this Judgment as follows:

Defendant delivered on **3/25/15** to **EDG    FCI Edgefield** at **9am    Edgefield SC**, with a certified copy of this Judgment.

_L. R. Thomas, Warden_
~~United States Marshal~~

By: _Kelli Neal, CSO_
~~Deputy Marshal~~